CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 550-7031
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ABEL PUEBLA,<br><br>    Defendant. | Case No. 2:24-cr-0116-GMN-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, ABEL PUEBLA , by and through his counsel Chris T. Rasmussen, Esq., and the United States of America, by and through Joshua Brister, United States Attorney, that the above-captioned matter currently scheduled for sentencing on January 22, 2025, at 10:00 a.m. be vacated and continued for 60 days.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;
2. Counsel for Defendant needs additional time to adequately prepare for sentencing;
3. Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by 60 days.

7. This is the first request for continuance.

DATED this 26th day of November 2024.

| | |
|---|---|
| /s/ Chris T. Rasmussen | /s/ Joshua Brister |
| _____ | _____ |
| CHRIS T. RASMUSSEN, ESQ. | JOSHUA BRISTER |
| Attorney for Defendant | Assistant United States Attorney |

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:24-cr-0116-GMN-DJA |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| ABEL PUEBLA, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for Defendant needs additional time to adequately prepare sentencing;

3. Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for 60 days.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ABEL PUEBLA,<br><br>　　　　　Defendant. | Case No.: 2:24-cr-0116-GMN-DJA<br><br>**ORDER** |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for January 22, 2025 at the hour of 10:00 a.m., be vacated and continued to March 26, 2025, at the hour of 9:00 a.m.

DATED this 5 day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE