CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 550-7031
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ABEL PUEBLA,<br><br>      Defendant. | Case No. 2:24-cr-0116-GMN-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, ABEL PUEBLA , by and through his counsel Chris T. Rasmussen, Esq., and the United States of America, by and through Sue Fahimi United States Attorney and Joshua Brister, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on March 26, 2025, at 9:00 a.m. be vacated and continued for 30 days.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;
2. Counsel for Defendant needs additional time to adequately prepare for sentencing;
3. Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by 30 days.

7. This is the first request for continuance.

DATED this 18th day of March, 2025

/s/ Chris T. Rasmussen            /s/ Joshua Brister
_____           _____
CHRIS T. RASMUSSEN, ESQ.          JOSHUA BRISTER
Attorney for Defendant            Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-0116-GMN-DJA |
|---|---|
| Plaintiff, | |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| ABEL PUEBLA, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for Defendant needs additional time to adequately prepare sentencing;

3. Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for 30 days.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ABEL PUEBLA,<br><br>　　　　　Defendant. | Case No.: 2:24-cr-0116-GMN-DJA<br><br>**ORDER** |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for March 26, 2025 at the hour of 9:00 a.m., be vacated and continued to _____May 9, 2025_____, at the hour of __10:00__ a.m.

DATED this __19__ day of March, 2025

_____
UNITED STATES DISTRICT JUDGE